**UNITED STATES of America,**
**Appellee,**

v.

**Gerardo VASQUEZ–RODRIGUEZ, also**
**known as Raul Gonzales Munoz, also**
**known as Jose R. Gerero, also known**
**as Raul Acosta–Munoz, Appellant.**

**No. 00–2805.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 6, 2001.

Filed April 12, 2001.

---

1. The Honorable John R. Tunheim, United
   States District Judge for the District of Minne-sota.

Before LOKEN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Gerardo Vasquez–Rodriguez, a Mexican citizen, appeals the sentence of 66 months imprisonment and 3 years supervised release imposed on him by the district court[1] after he pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(b)(2). On appeal, counsel moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), filing a brief in which she argued that the court erred by not granting a more substantial downward departure.

We conclude Mr. Vasquez–Rodriguez's sentence is unreviewable. *See United States v. Arps*, 197 F.3d 1202, 1203 (8th Cir.1999) (per curiam) (challenge to extent of downward departure is unreviewable); *United States v. Nguyen*, 46 F.3d 781, 783 (8th Cir.1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal); *United States v. Dutcher*, 8 F.3d 11, 12 (8th Cir.1993) (extent of downward departure is unreviewable, regardless of court's reasons for refraining from departing further).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw and we affirm.

---

**1.** The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.